# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

**UNITED STATES OF AMERICA**

v.                                             **Criminal No.: 2:22-cr-00097**

**RANDY PRICE**

## SEALED ORDER

On May 3, 2022, the Grand Jury, after retiring to their chambers and having considered its presentments, returned a report to the Court and presented the above-captioned matter as an indictment to be returned this date.

Upon motion by the United States, it is hereby **ORDERED** that the indictment is **SEALED**.

Upon further motion by the United States, it is **ORDERED** that a bench warrant be issued forthwith for the defendant and upon arrest, this case shall be **UNSEALED** without further Order. Law enforcement officers shall be authorized to take necessary and appropriate measures to effect the defendant's arrest.

The Clerk is directed to send a copy of this Order to the United States Attorney, United States Marshal, and the United States Probation Office.

**ENTER:** May 4, 2022

Dwane L. Tinsley
United States Magistrate Judge