AO 442 (Rev. 11/11) Arrest Warrant



**FILED**
MAY 31 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RANDY HOWARD PRICE | ) | Case No. 2:22-cr-00097 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RANDY HOWARD PRICE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Felon in possession of a firearm; possession of firearm with serial number removed.

Date: 05/03/2022

_____ tr
*Issuing officer's signature*

City and state: CHARLESTON, WV

RORY L. PERRY II, CLERK
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 05/05/2022, and the person was arrested on *(date)* 05/25/2022
at *(city and state)* Cleveland, OH.

Date: 05/27/2022

_____
*Arresting officer's signature*

Black Secrist DUSM
*Printed name and title*