UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.  Case No.: 2:22-cr-00097

**RANDY PRICE**

**O R D E R**

On June 10, 2022, pursuant to Rule 5, the defendant appeared for his initial appearance in the Northern District of Ohio and qualified for court appointed counsel. Having previously qualified for appointment of counsel, it is hereby **ORDERED** that the Office of the Federal Public Defender is appointed to represent the defendant in this matter nunc pro tunc as of June 28, 2022.

The Clerk is directed to provide copies of this order to the defendant, all counsel of record, the United States Probation Department, the United States Marshals Service and the CJA Supervising Attorney.

**ENTER:** July 6, 2022

Dwane L. Tinsley
United States Magistrate Judge