UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 2:22-cr-00097

RANDY PRICE

**O R D E R**

The United States Marshals Service has informed the Court that the defendant has now arrived in the Southern District of West Virginia. Accordingly, it is hereby **ORDERED** that an arraignment shall take place before the undersigned Magistrate Judge on ***Tuesday, August 9, 2022 at 11:00 a.m.*** in Charleston.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the United States Probation Department, the United States Marshals Service, and the Supervising CJA Attorney.

**ENTER:** August 4, 2022

Dwane L. Tinsley
United States Magistrate Judge