# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston  
**Caption:** USA v. Randy Price  
**Case No.:** 2:22-cr-00097  
**Judge:** Judge Tinsley  
**Type:** Arraignment

**Started:** 8/9/2022 11:03:40 AM  
**Ends:** 8/9/2022 11:11:40 AM    **Length:** 00:08:01

Judge Dwane L. Tinsley  
Courtroom Deputy: Kim Begovich  
Defendant: Randy Price  
Assistant U.S. Attorney: Negar M. Kordestani  
Assistant Federal Public Defender: Lex A. Coleman  
Probation Officer: Kiara Carper  
Court Reporter: CourtSmart

**ARRAIGNMENT**

| Time | Event |
|---|---|
| 11:04:51 AM | Judge Dwane L. Tinsley |
| 11:05:00 AM | Called case, noted appearances of counsel, defendant present in courtroom |
| 11:05:35 AM | Defendant placed under oath by Courtroom Deputy |
| 11:05:38 AM | Stated rights of defendant and defendant acknowledged these rights |
| 11:05:42 AM | Defendant: Randy Price |
| 11:05:45 AM | Stated personal information |
| 11:05:47 AM | Judge Dwane L. Tinsley |
| 11:05:48 AM | Questions defendant about indictment related matters |
| 11:06:09 AM | Defendant pleads not guilty to charge(s) contained in the indictment |
| 11:06:13 AM | Stated district judge assignment, and dates for trial and pretrial motions hearing |
| 11:06:42 AM | Defendant does not waive the right to be present at the pretrial motions hearing |
| 11:07:17 AM | Parties have elected the standard discovery; pretrial motions, voir dire and witness list dates given |
| 11:07:40 AM | Make sure chambers receives a copy of all motions filed with the clerk |
| 11:07:48 AM | Advised counsel to give USMS 30 days notice for out-of-custody defendants/witnesses and cancel when unnecessary |
| 11:08:02 AM | Court and parties review and discuss Pretrial Services Report |
| 11:08:38 AM | No additions or corrections to Pretrial Services Report at this time |
| 11:08:49 AM | Assistant Federal Public Defender: Lex A. Coleman |
| 11:08:54 AM | Discusses defendant's medical condition |
| 11:09:31 AM | Judge Dwane L. Tinsley |
| 11:10:03 AM | The defendant was previously ordered detained and is hereby ordered remanded to the custody of the US Marshal |
| 11:10:36 AM | Due Process Protections Act of 2020 |
| 11:11:19 AM | Anything else counsel wishes to address? |
| 11:11:25 AM | Hearing adjourned |