IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 2:22-cr-00097

**RANDY PRICE**

### DUE PROCESS PROTECTIONS ACT ORDER
### TO ALL COUNSEL REGARDING *BRADY* OBLIGATIONS

In accord with the Due Process Protections Act and Rule 5(f) of the Federal Rules of Criminal Procedure, this Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence, that is, evidence that favors the defendant or casts doubt on the United States' case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and hereby **ORDERS** the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in serious consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**ENTER:** August 9, 2022

_____
Dwane L. Tinsley
United States Magistrate Judge