IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.   Case No. 2:22-cr-00097

**RANDY PRICE**

## MOTION FOR EXTENSION OF TIME TO FILE REPLY

This matter is before the Court on a May 3, 2022 two-count indictment, charging defendant with (a) being a felon in possession, and (b) possessing a firearm with the manufacturer's serial number removed – both on July 16, 201<u>9</u>, in violation of 18 U.S.C. §§ 922(g)(1) and (k). On August 9, 2022, defendant filed his *Bruen*-based motion to dismiss. *See* Dkt. No. 12. On August 15, 2022, the United States filed its response memorandum. *See* Dkt. No. 17.

Defendant's counsel has similar replies due on motions filed with respect to other firearm statutes in other cases, while simultaneously preparing for a trial on August 30, 2022 – regarding a client currently being detained in Kentucky. As a consequence, defendant asks that he have up to and through Monday, August 29, 2022 to file his reply memorandum in this case. Where the parties' pretrial motion deadline is not set until September 12, 2022, *see* Dkt. No. 14, at 2, defendant submits that no undue prejudice or delay in proceedings should result by granting his motion. As a consequence, defendant asks that his motion be granted.

Date: August 16, 2022.          Respectfully submitted,

                                                     **RANDY PRICE**

                                                     By Counsel

**WESLEY P. PAGE**
**FEDERAL PUBLIC DEFENDER**

**s/ Lex A. Coleman**
Lex A. Coleman, WV Bar No. 10484
Senior Litigator, Assistant Federal Public Defender
300 Virginia Street, East, Room 3400
Charleston, West Virginia 25301
Telephone: (304) 347-3350
Facsimile: (304) 347-3356
E-mail: lex_coleman@fd.org