IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 2:22-cr-00097

RANDY PRICE

ORDER

Pending before the court is Defendant's motion for extension of time to file a reply to the government's response to Defendant's *Bruen*-based motion to dismiss. [ECF No. 21]. Finding good cause shown and that no undue prejudice or delay in proceedings will result, the motion is **GRANTED**. Defendant's deadline to file a reply is extended to August 29, 2022.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: August 17, 2022

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE