

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.   Case No.: 2:22-cr-00097

RANDY PRICE

## ORDER

On September 1, 2022, the Court received a letter-form motion from the defendant dated August 29, 2022. It is hereby **ORDERED** that the letter-form motion be filed with the Clerk under **SEAL**.

The Clerk is directed to provide a copy of the letter-form motion to Lex A. Coleman, Assistant Federal Public Defender.

The Clerk is directed to provide copies of this Order to the defendant and all counsel of record.

**ENTER:** September 2, 2022

_____
Dwane L. Tinsley
United States Magistrate Judge