# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.  **CRIMINAL NO. 2:22-cr-00097**

**RANDY PRICE**

### RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS
### ON FIFTH AMENDMENT GROUNDS

While the United State does not concede that Defendant Randy Price's ("Price") statements as further outlined in his Motion to Suppress (ECF No. 26) were taken in violation of *Miranda,* the United States does not intend to introduce Price's statements at his trial.  However, if Price testifies, the United States reserves the right to use any of his statements pursuant to Fed. R. Crim. P. 609.  *See Harris v. New York*, 401 U.S. 222, 224-26 (1971) (defendant's statements regarding heroin sales for which he was charged, which were obtained without Miranda warnings, were admissible to impeach defendant's testimony on direct that gave different account of his involvement).

      Respectfully submitted,

      WILLIAM S. THOMPSON
      United States Attorney

By:    */s/ Negar M. Kordestani*
      NEGAR M. KORDESTANI
      Assistant United States Attorney
      West Virginia Bar No. 13784
      300 Virginia Street, East
      Room 4000
      Charleston, WV 25301
      Telephone:  304-345-2200
      Fax: 304-347-5104
      Email:  negar.kordestani@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "RESPONSE OF THE UNITED STATES TO DEFENDANT'S MOTION TO SUPRESS ON FIFTH AMENDMENT GROUNDS" has been electronically filed and service has been made on all counsel of record this the 19th day of September, 2022 upon:

> Lex Coleman, AFPD
> United States Courthouse, Room 3400
> 300 Virginia Street East
> Charleston, West Virginia 25307

> /s/ Negar M. Kordestani
> NEGAR M. KORDESTANI
> Assistant United States Attorney
> WV Bar No. 13784
> 300 Virginia Street, East
> Room 4000
> Charleston, WV 25301
> Telephone: 304-345-2200
> Fax: 304-347-5104
> Email: negar.kordestani@usdoj.gov