# EXHIBIT 1
### (filed with the Clerk)

