# EXHIBIT 2
### (filed with the Clerk)

