# EXHIBIT 3

# CHARLESTON POLICE DEPARTMENT
## INVESTIGATIVE STATEMENT FORM

| INCIDENT NUMBER: | DATE TAKEN: | TIME STARTED: | TIME COMPLETED: | THIS IS | OF A STATEMENT CONSISTING OF |
|---|---|---|---|---|---|
| I19071601 | 07/16/19 | 2340 | 2348 | PAGE 1 | 1 TOTAL PAGES |

### WITNESS INFORMATION

NAME: ▮▮▮ RACE: W SEX: M DATE OF BIRTH: ▮▮▮/08 AGE: 36
SOCIAL SECURITY NO ▮▮-5474 HOME PHONE: ▮▮-973 WORK PHONE:
ADDRESS: ▮▮ 1st Ave APT: CITY: Char. STATE: W.V. ZIP CODE: 25302

I, ▮▮▮ am giving the following voluntary statement to CPD, a police officer. No threats or promises have been made to me, and I understand that this statement can be used as evidence in a Court of Law. My statement is being given as a result of my being a:

☐ VICTIM  ☒ WITNESS  ☐ SUSPECT  ☐ DRIVER  ☐ PASSENGER  ☐ PEDESTRIAN

man Driving a cavilier Being chased by CPD almost ran me over on corner of florida st and central Ave and circled the Block almost hitting me a second time on corner of florida and madison st after police stopped him I contacted them about the information I seen during witch time I feared I was going to be hurt if not killed.

I have read the above statement consisting of 1 pages, written in ☐ pencil ☒ ink, and I certify it to be true and correct to the best of my knowledge.

TIME SIGNED: 11:44 p WITNESS: ▮▮▮

CPD 140 REVISED 7/93  (USE ADDITIONAL STATEMENT FORMS IF NEEDED)

PRICE-000030