## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON

**UNITED STATES OF AMERICA**

**v.**                                    **CRIMINAL NO. 2:22-cr-00097**

**RANDY PRICE**

## UNITED STATES' NOTICE OF CERTIFICATION
## FOR USE OF COURTROOM TECHNOLOGY

Comes now the United States of America by Assistant United States Attorney, Negar M.

Kordestani, and hereby certifies, pursuant to Local Rule of Criminal Procedure 12.1(e), that it has

conferred with the court's technology staff of its intention to use courtroom technology at a hearing

to be held in this case on September 26, 2022.

Respectfully submitted,

WILLIAM S. THOMPSON
United States Attorney

By:

*/s/ Negar M. Kordestani*
NEGAR M. KORDESTANI
Assistant United States Attorney
WV Bar No. 13784
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone:  304-345-2200
Fax: 304-347-5104
Email:  negar.kordestani@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that service of the foregoing "UNITED STATES' NOTICE OF CERTIFICATION FOR USE OF COURTROOM TECHNOLOGY" has been electronically filed and service has been made by virtue of such electronic filing on this 22nd day of September, upon all counsel of record.

*/s/ Negar M. Kordestani*
NEGAR M. KORDESTANI
Assistant United States Attorney
WV Bar No. 13784
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone:  304-345-2200
Fax: 304-347-5104
Email:  negar.kordestani@usdoj.gov