# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 9/26/2022 | Case Number: | 2:22-cr-00097 |
| Case Style: | USA vs. Randy Price | | |
| Type of hearing: | Pretrial Motions Hearing | | |
| Before the Honorable: | 2513-Goodwin | | |
| Court Reporter: | Kimberly Kaufman | Courtroom Deputy: | Robin Clark |

Attorney(s) for the Plaintiff or Government:
Negar Kordestani

Attorney(s) for the Defendant(s):
Lex Coleman

Law Clerk: Denali Hedrick

Probation Officer:

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 1:30 PM | 3:00 PM | Court actively conducting trial proceedings/Contested proceedings |

Time in court: 1 hours and 30 minutes. Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

Scheduled start time 1:30 p.m.
Actual start time 1:30 p.m.

MOTION HEARING
Counsel for parties present
Deft present
Pending motions:
BRUEN-BASED MOTION to Dismiss [ECF No. 12]
MOTION to Suppress evidence and statements [ECF No. 26]
FIRST MOTION in Limine [ECF No. 27]

Motion to suppress evidence and statements
Argument by Govt
Argument by Deft
The Govt doesn't intend to use the defendant's statements.
Motion to suppress, as far as the statements, is Denied as moot.
The Govt doesn't call a witness.
Deft Witness 1 Ryan Boone
Direct by Deft
Deft Exhibit 3 marked & admitted
Deft Exhibit 1 marked
Deft Exhibit 2 marked
Deft Exhibit 4 marked
Deft Exhibit 5 marked
Deft Exhibit 6 marked
Deft Exhibit 7 marked
Cross by Govt
Redirect by Deft
Deft Exhibit 10 marked
Deft Exhibit 1 admitted
Deft Exhibit 2 admitted
Deft Exhibit 4 admitted
Deft Exhibit 5 admitted
Deft Exhibit 6 admitted
Deft Exhibit 7 admitted
Motion by the deft to seal Exhibit 10 is GRANTED.

Deft Exhibit 10 admitted under SEAL
Argument by Deft
Argument by Govt
Motion to Suppress is OVERRULED.
Motions in Limine are DENIED without prejudice.
Bruen-based motion to dismiss
Argument by the parties
Bruen-based motion to dismiss; under advisement
End time 3:00 p.m.