IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 2:22-cr-00097

RANDY PRICE

WITNESS LIST

| Presiding Judge: Joseph R. Goodwin | Government Attorney(s): Negar Kordestani | Defendant Attorney(s): Lex Coleman |
|---|---|---|
| Proceeding Date(s): September 26, 2022 | Court Reporter: Kimberly Kaufman | Courtroom Deputy: Robin Clark |

| Date | Govt No. | Witness | Date | Deft No. | Witness |
|---|---|---|---|---|---|
|  |  |  | 9-26-22 | 1 | Ryan Boone |