IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION



UNITED STATES OF AMERICA,

v.                                                              CRIMINAL ACTION NO. 2:22-cr-00097

RANDY PRICE

**ORDER**

During a pretrial motions hearing held on September 26, 2022, the defendant made an oral

motion to seal Defendant's Exhibit 10.   The oral motion was **GRANTED**.   It is **ORDERED** that

Defendant's Exhibit 10 shall be filed under **SEAL**.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel,

the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: September 27, 2022

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE