IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION



UNITED STATES OF AMERICA,

v.            CRIMINAL ACTION NO. 2:22-cr-00097

RANDY PRICE

## EXHIBIT LIST

| Presiding Judge: | Government Attorney(s): | Defendant Attorney(s): |
|---|---|---|
| Joseph R. Goodwin | Negar Kordestani | Lex Coleman |
| Proceeding Date(s): | Court Reporter: | Courtroom Deputy: |
| September 26, 2022 | Kimberly Kaufman | Robin Clark |

| Govt No. | Deft No. | Date Identified | Date Admitted | Description | Location* |
|---|---|---|---|---|---|
|  | 3 | 9-26-22 | 9-26-22 | Email and photographs | Clerk |
|  | 1 | 9-26-22 | 9-26-22 | Photograph | Clerk |
|  | 2 | 9-26-22 | 9-26-22 | Photograph | Clerk |
|  | 4 | 9-26-22 | 9-26-22 | Inventory list | Clerk |
|  | 5 | 9-26-22 | 9-26-22 | Criminal Complaint | Clerk |
|  | 6 | 9-26-22 | 9-26-22 | Inventory Valuation | Clerk |
|  | 7 | 9-26-22 | 9-26-22 | Officer Boone's Report | Clerk |
|  | 10 | 9-26-22 | 9-26-22 | CPD Policies (SEALED) | Clerk |

*Location options: Clerk; U.S. Atty; U.S. Marshal; Govt Atty; Pl Atty, Def Atty; agency