# Lex Coleman

| | |
|---|---|
| **From:** | Kordestani, Negar (USAWVS) <Negar.Kordestani@usdoj.gov> |
| **Sent:** | Saturday, September 24, 2022 3:12 PM |
| **To:** | Lex Coleman |
| **Subject:** | Randy Price |

Hi Lex,

Officer Boone just located these photos of Price's car in his inbox and forwarded them to me. I wanted to make sure you have them and you can find them below:

1



DEFENDANT'S EXHIBIT
USA v Price
CASE NO. 2:22-cr-97
EXHIBIT NO. 3







