# CHARLESTON POLICE DEPARTMENT
## PROPERTY REPORT - CPD 115

Date Entry By: 

Page 1 of 1

**Date & Time Obtained**
- Day: 16
- Month: July
- Year: 2019
- Time: 0015 Hrs.

**Articles Submitted As:**
- [x] Evidence
- [ ] Property
- [ ] Drug
- [ ] Destroy
- [ ] In-Car Video
- [ ] Safekeeping
- [ ] Found
- [x] Firearm
- [ ] Other
- [ ] Recovered/Stolen

Incident #: I-19 07 16 01

Crime: Fugitive from Justice / Warrant

Arrest No: M19-2489

NCIC Check: [x] Yes [ ] No
NCIC Result: [x] Pos [ ] Neg
Local Check: [x] Yes [ ] No
Local Result: [x] Pos [ ] Neg

Items Removed From: Locker # ___ By: ___
Date/Time: ___
In Person to P/E [ ]
By: ___
Date/Time: ___
Lab Analysis: [ ] WVSP [ ] CPD-182

**Location Obtained:** 1000 Blk Central Avenue, Charleston, WV 25387

#1 [ ] Victim [ ] Owner [x] Arrestee/Suspect [ ] Finder
Name (L,F,MI): Price, Randy, Howard
Address: ___ Little Lynn Creek Rd
City: Wayne  State: WV  Zip: 25570
Contact Phone #:

#2 [ ] Victim [ ] Owner [ ] Arrestee/Suspect [ ] Finder
Name: 
Address:
City: State: Zip:
Contact Phone #:

| P/E USE | Item # | QTY | Description | Make | Model | Serial No. | Est. Value |
|---|---|---|---|---|---|---|---|
| | 1 | 1 | Raven Arms pistol FOS | FOS | MP-25 | unreadable | $50.00 |
| | 2 | 14 | Ammunition | Winchester | 25 auto | — | $5.00 |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |

**Narrative:** Firearm retrieved from driver seat floor board where arrestee was sitting and driving.

Date/Time Reported: 7/16/19 0109
Reporting Officer and PR #: M. Jortner W458
Approving Supervisor and PR #: W 4478

The Undersigned Acknowledges Receiving the Above Property:
Printed Name: 
Signature: 
Date/Time: 
Op. Lic. or I.D. #:

Property Disposition: [ ] Returned [ ] Destroyed [ ] Purged - Failed to Claim [ ] To Fund 42
[ ] To Other Agency [ ] To City Use [ ] Other  TA #

Owner Notified Via: [ ] Telephone  [ ] U.S. Mail  [ ] Other
Date Notified: ___ Purge by Date: ___ Owner Notified By: ___

[ ] Attach CPD 115-A Supplemental Property Report As Needed   [x] Copy Made For CPD 101 Report

CPD 115 Revised Jan 03   Note. If this form is computer generated the CPD 115 Page 2 (Custody Record) must be printed on the reverse side.

I19071601



DEFENDANT'S EXHIBIT 4
USA v. Price
2:22-cr-97

PRICE-000032