IN THE MAGISTRATE COURT OF _____KANAWHA_____ COUNTY, WEST VIRGINIA

STATE OF WEST VIRGINIA

v.

Randy Howard Price
Defendant

___ Little Lynn Creek Road Wayne, WV 25570
Address

___2101
Social Security No.          Driver's License No.

___1973
Date of Birth

Agency Case # ___I19071601___

Case No. _____

☐ Misdemeanor
☒ Felony

## CRIMINAL COMPLAINT

I, the undersigned complainant, upon my oath or affirmation, state the following is true and correct to the best of my knowledge and belief On or about ___07/15/2019___ (date) in ___KANAWHA___ County, West Virginia, in violation of W.Va. Code (cite specific section, subsection, and/or sub&vision as applicable) ___61-7-7(8)___

___PROHIBITED PERSON IN POSSESSION OF A FIREARM___ the defendant did (state statutory language of offense) Except as provided in this section, no person shall possess a firearm, as such is defined in section two of this article, who:(1) Has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year;

I further state that this complaint is based on the following facts: See Page 2

_____

_____

_____

_____

**DEFENDANT'S EXHIBIT** USA Price 5  2:22-cr-97

The defendant is / has:
☐ The victim's spouse or ex-spouse         ☐ Living with the victim or had lived with the victim
☐ A parent or guardian of the victim       ☐ A person who may be classified as a spouse, parent or guardian to the victim
☐ A child in common with the victim        ☒ None of the above connections to the victim

Continued on attached sheet? ☒ Yes ☐ No

Complainant (who appears before magistrate):

Ryan Boone
Name

501 VIRGINIA ST. E
Address

CHARLESTON, WV 25301          304-348-6400
                              Telephone

PATROLMAN
Office or title, if any

_[signature]_
Complainant Signature

On this complaint, sworn or affirmed before me and signed this date by complainant in my presence, the item(s) checked below apply:

☐ Probable cause found
☐ Summons issued
☐ Warrant issued
☐ Warrantless arrest
☐ No probable cause found

_____
Magistrate Signature

Date _____

| | |
|---|---|
| Return | |
| Defendant | |
| File | |
| Complainant | |
| Prosecutor | |

Mag. Ct. Rules 3, 4  Revised 8/2008 DRW

I19071601

Page 2 of 12

(Criminal Complaint Continued)          CA   NO.

On July 16th 2019, I, Patrolman Boone observed a gold Chevy Cavalier traveling North across the Patrick Street bridge which then proceeded to travel East on Kanawha Blvd. West. I attempted to conduct a traffic stop on this vehicle for improper registration display. As I initiated the traffic stop the vehicle did slow down, but continued to travel east on Kanawha Blvd. while ignoring my emergency lights. The vehicle then turned North onto Florida Street where it eventually pulled into an alley way near the railroad trestles on Central Ave. where the driver of the vehicle later identified as Randy Price had fled on foot. Upon questioning the defendant, he admitted he did have a firearm inside the vehicle and informed authorities he is a convicted felon. Officers conducted a search of the vehicle and did locate a Raven Arms .25 Auto Semi Automatic pistol which had the serial number obliterated off of it. The defendant was later mirandized in a formal interview and admitted to buying said firearm approximately two weeks ago and had prior knowledge that he was prohibited from possessing or owning any firearms. On a criminal history check of the defendant, the defendant has multiple felony convictions. In 2010 the defendant was convicted of felonious assault, aggravated robbery, and kidnapping through the state of Ohio. In 2001 the defendant was convicted for attempted aggravated burglary and involuntary manslaughter through the state of Ohio. This offense did occur in the City of Charleston, Kanawha County West Virginia.

SCA-M310-2/11-93

White - remm
Green - defendant
Yellow - file
Pink - complainant
Goldenrod - prosecutor