


**CITY OF**
**CHARLESTON, WEST VIRGINIA**
**POLICE DEPARTMENT**
P.O. BOX 2749
CHARLESTON, WEST VIRGINIA 25330

I19071601-001 - Raven Arms .25 Auto                                        Printed on August 7, 2019

| | |
|---|---|
| Item # | I19071601-001 |
| Category | Found |
| Description | Raven Arms .25 Auto |
| Owner | PRICE, RANDY |
| | Little Lynn Creek Road, Wayne, WV 25570 |
| Firearm Type | Pistol |
| Make / Model | Raven Arms mp-25 |
| Caliber | .25 |
| Serial # | |
| Value | $70.00 |
| Collected By | Boone, Ryan |
| Access Tag | |
| Date Collected | 07/15/19 23:30 |
| Collected Location | |
| Target Disp. Date | |
| Subjects | |
| Comments | |

**Chain of Custody**

| Date | User | Action | Category | Status | Location |
|---|---|---|---|---|---|
| 07/16/19 09:05 | Eric Hodges | Transfer Internally | Found | In Custody | EV2 ROW C SHELF 62 |
| Comments: Retrieved from locker # 3 at 0635 hrs. on 7/16/2019 | | | | | |
| 07/16/19 05:31 | Ryan Boone | Deposited | Found | In Temporary Custody | Locker 3 |
| Comments: None | | | | | |

Made by ZUERCHER                                                                                   Page 1 of 1

PRICE-000017



 

**CITY OF**
**CHARLESTON, WEST VIRGINIA**
**POLICE DEPARTMENT**
P.O. BOX 2749
CHARLESTON, WEST VIRGINIA 25330

I19071601-002 - Ammuntition

Printed on August 7, 2019

| | |
|---|---|
| Item # | I19071601-002 |
| Category | Found |
| Description | Ammuntition |
| Owner | PRICE, RANDY |
| | ▓▓▓▓ Little Lynn Creek Road, Wayne, WV 25570 |
| Firearm Type | Pistol |
| Make / Model | |
| Caliber | .25 Auto |
| Serial # | |
| Value | $5.00 |
| Collected By | Boone, Ryan |
| Access Tag | |
| Date Collected | 07/15/19 23:30 |
| Collected Location | 1000 Central Ave |
| Target Disp. Date | |
| Subjects | |
| Comments | |

**Chain of Custody**

| Date | User | Action | Category | Status | Location |
|---|---|---|---|---|---|

Made by ZUERCHER

Page 1 of 1

PRICE-000018