### Initial Narrative By Ryan Boone, 07/16/19 04:43
**Prohibited Person**

On July 16th 2019 I observed a gold Chevy Cavalier traveling North crossing the Patrick Street Bridge bearing Ohio registration DSP 3649. This vehicle then began traveling East on Kanawha Blvd. West and I initiated a traffic stop just prior to Florida street due to the registration being improperly displayed. The registration had a border around it with the words "Great Lakes" covering the state to which it belonged and had what appeared to be the registration light dangling down in front of the plate obstructing it. Ignoring my emergency lights the vehicle then turned North on Florida Street and continued to travel, ignoring my emergency lights. After a short pursuit the vehicle was obstructed by a concrete block at the bottom of the train trestle near the 1000 block Central Avenue where the driver, later identified as Randy Price bailed from the vehicle and ran on foot West, toward Florida Street down an alley. I exited my cruised and began to chase Randy down the alley on foot and tackled him just prior to reaching Florida Street. No other use of force was used once I tackled Randy, he was immediately placed in handcuffs and walked back to where the pursuit had ended. Once I had walked Randy back to the area where the pursuit had ended a male on a bicycle, later identified as Rick Martin, stated while during the pursuit Randy almost struck him twice. Rick stated Randy almost struck him at the corner of Florida and Central and then again at the corner of Florida and Madison.

Other officers were arriving at the scene where the pursuit had ended and had a female detained who was the passenger in the vehicle (Bridget Stevens). Bridget was clear in NCIC and was released after all her information was collected. Randy later admitted to myself and other officers that he had a warrant through Ohio and he was scared, which is why he fled. Randy also admitted to officers that he did have a firearm in the vehicle and he was a convicted felon. Officers searched the vehicle in which Randy had fled in and did locate a Raven Arms .25 Auto semiautomatic pistol which had the serial number scratched off of it. Randy did admit to buying the firearm a few weeks ago and had prior knowledge of his prohibited persons status. Randy stated he only had it for protection, due to people in Wayne County who were after him. I asked Randy if he had filed a police report about these people coming after him, but he stated he had not.

Once back at the station I took Randy upstairs for a mirandized interview in which he again admitted under miranda that he was the owner of the firearm found in the vehicle and he was aware that due to his felony convictions he was not supposed to be in possession of a firearm. Randy had several prior felony convictions, one being in 2010 for felonious assault, aggravated robbery, and kidnapping. In 2001 he was convicted for attempted aggravated burglary and involuntary manslaughter, all of these charges were through the state of Ohio. Randy was transported to the station where he was processed in and then transported to south central regional jail. NFI.

Ptlm. Boone
PR. 6662

Attachments:
Criminal Complaints x2
Fugitive from justice Form x1
Tow Slip
Witness statement form
Triple I on Randy Price
CPD 227
CPD 115



DEFENDANT'S EXHIBIT
USA v. Price
7
2:22-cr-97

**Case Forms**
Arrest Form 7/15/19 for PRICE, RANDY, 0000, 61-7-7(b), 5-1-9
Attached Document 7/16/19 - I19071601-CPD115-FIREARM TRACE
Attached Document 7/16/19 - I19071601-COPY OF WARRANT
Attached Document 7/16/19 - I19071601-NCIC HIT
Initial Narrative (Prohibited Person) 7/16/19 by Ryan Boone
Attached Document 7/16/19 - I19071601-COPY OF TOW TICKET