IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.                                                                               **Case No. 2:22-cr-00097**

**RANDY PRICE**

## MOTION TO CONTINUE TRIAL AND REMAINING PRETRIAL DEADLINES

The defendant, Randy Price, by Senior Litigator/AFPD Lex A. Coleman, respectfully moves this Court for an Order continuing the trial and remaining pretrial deadlines for a period of three weeks, and for a finding of excludable time under the Speedy Trial Act as found in Title 18, United States Code, Sections 3161, *et seq.*, for the following reasons:

1. The trial of the above-styled matter is currently scheduled for October 11, 2022, at 8:30 a.m. before United States District Court Judge Joseph R. Goodwin in Charleston.

2. Per the Arraignment Order entered on August 9, 2022, proposed voir dire, jury instructions and prospective witness lists are due to the Court by October 4, 2022. Dkt. No. 14.

3. Counsel for the defendant is presently out of the office on medical leave and, upon return, will require additional time to prepare for the trial of this matter.

4. Defendant's counsel has consulted Assistant United States Attorney Negar M. Kordestani and been authorized to represent that the United States does not oppose the relief being requested.

5. The ends of justice outweigh the best interests of the public and the defendant in a speedy trial as the same is specifically defined in the aforesaid Act.

6. The undersigned certifies that the reasons for the request do not include general congestion of the Court's calendar, or lack of diligent preparation on the part of the parties involved.

**WHEREFORE**, defendant respectfully requests that this Honorable Court enter an Order continuing the trial and remaining pretrial deadlines for a period of three weeks.

Date: October 3, 2022.  Respectfully submitted,

**RANDY PRICE**

By Counsel

**WESLEY P. PAGE**
**FEDERAL PUBLIC DEFENDER**

**s/ Lex A. Coleman**
Lex A. Coleman, WV Bar No. 10484
Senior Litigator, Assistant Federal Public Defender
300 Virginia Street, East, Room 3400
Charleston, West Virginia 25301
Telephone: (304) 347-3350
Facsimile: (304) 347-3356
E-mail: lex_coleman@fd.org