IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.                              CRIMINAL ACTION NO. 2:22-cr-00097

RANDY PRICE

**ORDER**

Pending is the defendant's unopposed motion to continue the trial of this matter on the grounds that additional time is needed for trial preparation.

The requested delay is not attributable to lack of diligent preparation, to failure to obtain evidence or witnesses, or to congestion of the court's calendar.

Believing that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, the court **GRANTS** the motion [ECF No. 42] for continuance. The trial, previously scheduled for October 11, 2022, is **CONTINUED** to **November 8, 2022**, **at 8:30 a.m.** The parties shall submit their respective witness lists and any proposed voir dire and jury instructions no later than **November 1, 2022**.

The court **FINDS** that the time between October 11, 2022, and November 8, 2022, is excludable from the computation of time within which trial must commence, pursuant to 18 U.S.C. § 3161(h)(7).

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: October 3, 2022

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE