IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:22-cr-00097

RANDY PRICE

### SECOND SUPPLEMENTAL REPLY ON BRUEN MOTION TO DISMISS

Relative to Count Two of Mr. Price's indictment, defendant calls the Court's attention to *Rigby v. Jennings*, ____ F.Supp.3d ____, 2022 WL 4448220, *7-*8 (D. Del. Sept. 23, 2022)(imposing preliminary injunction against Delaware's enforcement of statutes prohibiting the possession of unfinished firearm frames and receivers and untraceable firearms based on application of *Bruen's* Second Amendment standard), as further supporting his motion to dismiss Count Two of his indictment.  If statutes prohibiting the possession of unfinished firearm frames and receivers and untraceable firearms are <u>not</u> consistent with any historical tradition of firearm regulation, then 18  U.S.C. § 922(k) criminalizing the absence or obliteration of an identifying firearm serial number likewise should be unconstitutional under the Second Amendment – such that defendant's motion to dismiss should granted with respect to Section 922(k) and Count Two of his indictment.

Date:  October 11, 2022.    Respectfully submitted,

**RANDY PRICE**

By Counsel

**WESLEY P. PAGE**
**FEDERAL PUBLIC DEFENDER**

**s/ Lex A. Coleman**
Lex A. Coleman, WV Bar No. 10484
Senior Litigator, Assistant Federal Public Defender
300 Virginia Street, East, Room 3400
Charleston, West Virginia  25301
Telephone: (304) 347-3350
Facsimile:   (304) 347-3356
E-mail: lex_coleman@fd.org