IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 2:22-cr-00097

RANDY PRICE

ORDER

On October 24, 2022, the government filed its Notice of Appeal [ECF No. 50], pursuant to 18 U.S.C. § 3731, of my Order, entered October 12, 2022 [ECF No. 48], granting defendant's motion to dismiss Count Two of the indictment.

Accordingly, the trial scheduled for November 8, 2022, is **CANCELLED** and this action is **STAYED** pending resolution of the government's interlocutory appeal. The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: October 26, 2022

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE