FILED: October 26, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4609
(2:22-cr-00097-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

RANDY PRICE

      Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Charleston |
| Originating Case Number | 2:22-cr-00097-1 |
| Date notice of appeal filed in originating court: | 10/24/2022 |
| Appellant(s) | United States of America |
| Appellate Case Number | 22-4609 |
| Case Manager | Cathy Poulsen<br>804-916-2702 |