FILED:  October 26, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 22-4609
(2:22-cr-00097-1)

———————————

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

RANDY PRICE

Defendant - Appellee

———————————

O R D E R

———————————

The court appoints the Federal Defender for the Southern District of West

Virginia to represent the appellee in this case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk