IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:22-cr-00097

RANDY PRICE

MOTION TO CONTINUE TRIAL
AND REMAINING PRETRIAL DEADLINES

On August 6, 2024, the Fourth Circuit U.S. Court of Appeals, sitting *en banc*, reversed this Court's previous ruling that 18 U.S.C. § 922(k) violated the Second Amendment. Pursuant to Sup. Ct. R. 13, Price's petition for a writ of certiorari is due no later than November 4, 2024. As a consequence, defendant moves to continue any trial on the merits of his case until a date certain after November 4, 2024, and for reasonable period thereafter to allow for the Supreme Court to address Price's petition.

Date: October 10, 2024.    Respectfully submitted,

RANDY PRICE

By Counsel

**WESLEY P. PAGE**
**FEDERAL PUBLIC DEFENDER**

**s/ Lex A. Coleman**
Lex A. Coleman, WV Bar No. 10484
Senior Litigator

300 Virginia Street, East, Room 3400
Charleston, West Virginia  25301
Telephone: (304) 347-3350
Facsimile:   (304) 347-3356
E-mail: lex_coleman@fd.org