IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　　Case No. 2:22-cr-00097

RANDY PRICE

MOTION TO CONTINUE TRIAL
AND REMAINING PRETRIAL DEADLINES

On November 4, 2024, defendant filed a petition for writ of certiorari with the United States Supreme Court. While the United States initially waived its response to Price's petition, the Court ordered it to file one. While the original deadline for that response was set for December 23, 2024, the Court granted the Solicitor General's motion to have until January 22, 2025 to do so. Price is expecting to file his reply before the case goes to conference sometime in February, 2025. As a consequence, defendant moves to continue any trial on the merits of his case until a date certain after February 28, 2025, and for reasonable period thereafter to allow for the Supreme Court to address Price's petition.

　　Date:　December 20, 2024.　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　RANDY PRICE

　　　　　　　　　　　　　　　　　　　　　　By Counsel

WESLEY P. PAGE
FEDERAL PUBLIC DEFENDER

s/ Lex A. Coleman

Lex A. Coleman, WV Bar No. 10484
Senior Litigator
300 Virginia Street, East, Room 3400
Charleston, West Virginia  25301
Telephone: (304) 347-3350
Facsimile:   (304) 347-3356
E-mail: lex_coleman@fd.org